

FILED
JAN 18 2022
Mark C. McCartt, Clerk
U.S. DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. **22 CR 0 1 3 GKF** |
| Plaintiff, | **INDICTMENT** |
| v. | [18 U.S.C. §§ 1151, 1153, 1111, and 2 – First Degree Felony Murder in Indian Country] |
| EMMITT GRAYWOLF SAM, | |
| Defendant. | |

**THE GRAND JURY CHARGES:**

On or about June 25, 2016, within Indian Country in the Northern District of Oklahoma, the defendant, **EMMITT GRAYWOLF SAM**, an Indian, aiding and abetting Nathan Simmons, unlawfully killed Johnathan Stephens with malice aforethought in the perpetration and attempted perpetration of robberies, in that Defendant **SAM** and Simmons, acting together in concert, perpetrated and attempted to perpetrate robberies, and fatally shot Johnathan Stephens during the commission of those crimes.

All in violation of Title 18, United States Code, Sections 1151, 1153, 1111, and 2.

CLINTON J. JOHNSON
United States Attorney

_____
JOHN E. BRASHER
Assistant United States Attorney

A TRUE BILL

/s/ Grand Jury Foreperson
Grand Jury Foreperson